| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Pillard, Cornelia T. | 2. Court or Organization<br><br>U.S. Court of Appeals for the District of Columbia Circuit | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Chambers of the Hon. Cornelia T.L. Pillard
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave. N.W.
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Georgetown University Law Center -- law faculty salary |
| 2. 2017 | American Civil Liberties Union -- legal director salary |
| 3. 2017 | The New York Review of Books -- freelance writer fees |
| 4. 2017 | The Nation -- freelance writer fees |
| 5. Jan. 2017 | Cleveland State University, Honorarium $1,500 |
| 6. May 2017 | New Press -- payment for book edit plus royalties |
| 7. July 2017 | University of Chicago, Honorarium $1,500 |
| 8. Oct. 2017 | Bucknell University, Honorarium $6,000 |
| 9. Dec. 2017 | Northwestern University, $20,000 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Yale Law School | Feb. 6-8, 2017 | New Haven, CT | Guest lecture | Travel and lodging |
| 2. Harvard Law School | Oct. 26-28, 2017 | Cambridge, MA | Bicentennial Summit Panel | Travel, lodging, and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pillard, Cornelia T. | 05/14/2018 |

3. _____ _____ _____ _____ _____

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Century Ultra Fund Mutual Fund | A | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 2. Barclays Ipath ETN ETF | | None | K | T | Buy (add'l) | 04/17/17 | J | | |
| 3. Blackrock Muniassets Fund Mutual Fund | C | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 4. Cohen & Steers Institutional Realty Mutual Fund | B | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 5. Cohen & Steers Realty Focus Mutual Fund | B | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 6. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 7. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 8. Ishares JP Morgan Emerging MKTS Bond ETF | B | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 9. Ishares MSCI EAFE Index Fund ETF | A | Int./Div. | K | T | Buy (add'l) | 04/17/17 | J | | |
| 10. Ishares Russell 1000 Growth Fund ETF | B | Int./Div. | M | T | Buy (add'l) | 04/17/17 | J | | |
| 11. Ishares Russell 1000 Value ETF | C | Int./Div. | M | T | Buy (add'l) | 04/17/17 | J | | |
| 12. Ishares Russell Mid Cap Index Fund ETF | A | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 13. Ishares S&P Midcap 400 Growth Fund ETF | B | Int./Div. | M | T | Buy (add'l) | 04/17/17 | J | | |
| 14. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 15. | | | | | Sold (part) | 07/31/17 | J | C | |
| 16. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 17. Ishares S&P Midcap 400 Value Index Fund ETF | B | Int./Div. | M | T | Buy (add'l) | 04/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 19. | | | | | Sold (part) | 07/31/17 | J | B | |
| 20. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 21. Ishares S&P National AMT Free Muni Bond Fund ETF | B | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 22. Ishares S&P Small Cap 600 Growth Fund ETF | A | Int./Div. | L | T | Sold (part) | 03/07/17 | J | A | |
| 23. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 24. | | | | | Sold (part) | 07/31/17 | K | D | |
| 25. Ishares S&P Small Cap 600 Value Fund ETF | A | Int./Div. | K | T | Sold (part) | 03/07/17 | J | A | |
| 26. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 27. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 28. | | | | | Sold (part) | 07/31/17 | K | D | |
| 29. Ishares U.S. Preferred Stock ETF | C | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 30. Janus Investment Mutual Fund | A | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 31. Pimco 1-5 Year U.S. Tips Index Fund | A | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 32. Royce Total Return Mutual Fund | A | Int./Div. | K | T | | | | | |
| 33. SPDR Barclays High Yield Bond Fund ETF | B | Int./Div. | K | T | Buy (add'l) | 03/07/17 | J | | |
| 34. | | | | | Buy (add'l) | 07/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 36. SPDR Barclays Short Term High Yield Fund ETF | B | Int./Div. | K | T | Buy (add'l) | 04/17/17 | J | | |
| 37. SPDR Consumer Discretionary Select Sector Fund ETF | A | Int./Div. | K | T | Buy (add'l) | 03/07/17 | J | | |
| 38. | | | | | Sold (part) | 07/31/17 | K | C | |
| 39. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 40. SPDR Consumer Staples Select Sector Fund ETF | A | Int./Div. | J | T | Buy (add'l) | 03/07/17 | J | | |
| 41. | | | | | Sold (part) | 07/31/17 | K | C | |
| 42. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 43. SPDR Energy Select Sector Fund ETF | A | Int./Div. | J | T | Buy (add'l) | 03/17/17 | J | | |
| 44. | | | | | Sold (part) | 07/31/17 | J | A | |
| 45. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 46. SPDR Euro Stoxx 50 ETF | B | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 47. SPDR Financial Select Sector Fund ETF | A | Int./Div. | L | T | Sold (part) | 03/07/17 | J | A | |
| 48. | | | | | Sold (part) | 07/31/17 | J | B | |
| 49. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 50. SPDR Health Care Select Sector Fund ETF | A | Int./Div. | L | T | Buy (add'l) | 03/07/17 | J | | |
| 51. | | | | | Sold (part) | 07/31/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 53. SPDR Industrial Select Sector Fund ETF | A | Int./Div. | K | T | Sold (part) | 07/31/17 | J | C | |
| 54. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 55. SDPR Materials Select Sector Fund ETF | A | Int./Div. | J | T | Sold (part) | 07/31/17 | J | A | |
| 56. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 57. SPDR S&P Dividend ETF | B | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 58. SPDR Technology Select Sector Fund ETF | B | Int./Div. | L | T | Buy (add'l) | 03/07/17 | J | | |
| 59. | | | | | Sold (part) | 07/31/17 | K | D | |
| 60. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 61. T Rowe Price New Asia Mutual Fund | B | Int./Div. | K | T | Buy (add'l) | 04/17/17 | J | | |
| 62. T Rowe Price Spectrum Income Mutual Fund | C | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 63. Vanguard Emerging Markets Stock Index Fund ETF | C | Int./Div. | M | T | Buy (add'l) | 03/07/17 | J | | |
| 64. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 65. | | | | | Sold (part) | 07/31/17 | J | A | |
| 66. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 67. Vanguard FTSE Developed Markets Fund ETF | C | Int./Div. | M | T | Buy (add'l) | 03/07/17 | J | | |
| 68. | | | | | Buy (add'l) | 04/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pillard, Cornelia T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/31/17 | J | A | |
| 70. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 71. Vanguard Reit Index Fund ETF | B | Int./Div. | L | T | Buy (add'l) | 03/07/17 | J | | |
| 72. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 73. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 74. Wisdomtree Emerging Mkts ETF | B | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 75. Wisdomtree Managed Futures Strategy Fund | | None | L | T | Buy (add'l) | 04/17/17 | J | | |
| 76. Wisdomtree Total Dividend Fund ETF | B | Int./Div. | L | T | Buy (add'l) | 04/17/17 | J | | |
| 77. iShares Core U.S. Aggregate Bond ETF | C | Int./Div. | M | T | Buy (add'l) | 03/07/17 | J | | |
| 78. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 79. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 80. Powershares Global ETF | B | Int./Div. | K | T | Buy (add'l) | 03/07/17 | J | | |
| 81. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 82. | | | | | Sold (part) | 07/31/17 | J | A | |
| 83. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 84. SPDR Real Estate Sector ETF | A | Int./Div. | J | T | Buy (add'l) | 07/31/17 | J | | |
| 85. | | | | | Buy (add'l) | 08/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares Core S&P Mid Cap ETF (X) | A | Int./Div. | K | T | Buy | 07/31/17 | K | | |
| 87. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 88. iShares Russell 2000 ETF (X) | A | Int./Div. | K | T | Buy | 07/31/17 | K | | |
| 89. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 90. SPDR Dow Jones Global Real Estate ETF (X) | A | Int./Div. | K | T | Buy | 07/31/17 | K | | |
| 91. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 92. iShares Core S&P 500 ETF (X) | A | Int./Div. | L | T | Buy | 07/31/17 | L | | |
| 93. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 94. IRA-BDA #1 | B | Distribution | K | T | | | | | |
| 95. --Fidelity Canada Mutual Fund | A | Int./Div. | J | T | | | | | |
| 96. --Fidelity Diversified International Mutual Fund | A | Int./Div. | K | T | | | | | |
| 97. --Fidelity Select Technology Mutual Fund | A | Int./Div. | J | T | | | | | |
| 98. IRA-BDA #2 | B | Distribution | K | T | | | | | |
| 99. --Fidelity Canada Mutual Fund | A | Int./Div. | J | T | | | | | |
| 100. --Fidelity Diversified International Mutual Fund | A | Int./Div. | K | T | | | | | |
| 101. --Fidelity Select Technology Mutual Fund | A | Int./Div. | J | T | | | | | |
| 102. Suntrust cash accounts | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Schwab Total Stock Market Fund | A | Int./Div. | J | T | | | | | |
| 104. Vanguard Windsor II Mutual Fund | E | Int./Div. | O | T | | | | | |
| 105. Vanguard Windsor Mutual Fund | F | Int./Div. | P1 | T | | | | | |
| 106. Fidelity Magellan Mutual Fund | E | Int./Div. | O | T | | | | | |
| 107. Fidelity Low Priced Stock Mutual Fund | F | Int./Div. | O | T | | | | | |
| 108. Schwab Emerging Markets Equity ETF | A | Int./Div. | J | T | Buy (add'l) | 10/03/17 | J | | |
| 109. | | | | | Sold (part) | 10/17/17 | J | A | |
| 110. Schwab International Equity ETF | A | Int./Div. | J | T | Buy (add'l) | 09/05/17 | J | | |
| 111. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 112. | | | | | Sold (part) | 10/17/17 | J | A | |
| 113. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 114. Schwab Health Care Mutual Fund | A | Int./Div. | J | T | Buy (add'l) | 12/08/17 | J | | |
| 115. Powershares Emerging Markets ETF | A | Int./Div. | J | T | Buy (add'l) | 06/26/17 | J | | |
| 116. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 117. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 118. | | | | | Sold (part) | 10/17/17 | J | A | |
| 119. Schwab U.S. Broad Market ETF | A | Int./Div. | J | T | Buy (add'l) | 09/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 121. | | | | | Sold (part) | 10/17/17 | J | A | |
| 122. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 123. Schwab U.S. TIPS ETF | A | Int./Div. | J | T | Buy (add'l) | 10/03/17 | J | | |
| 124. TIAA-CREF Lifecycle 2020 Retirement Fund | B | Int./Div. | K | T | | | | | |
| 125. TIAA-CREF Large Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 126. Ameritas Principal plan Plus - DC529 | A | Int./Div. | J | T | | | | | |
| 127. State Street Equity Index - DC529 | | None | | | Sold | 03/24/17 | L | E | |
| 128. NY 529 Moderate Age-Based Option: Income Portfolio | | None | L | T | | | | | |
| 129. Schwab Target 2060 Index Mutual Fund (X) | A | Int./Div. | J | T | Buy | 09/28/17 | J | | |
| 130. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 131. | | | | | Buy (add'l) | 10/23/17 | J | | |
| 132. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 133. iShares U.S. Total Stock Market Index Portfolio ETF (X) | A | Int./Div. | L | T | Buy | 03/24/17 | L | | |
| 134. Principal LifeTime Hybrid 2025 CIT Fund (X) | | None | J | T | Buy | 02/01/17 | J | | |
| 135. Principal Large Cap S&P 500 Index Seprate Account Fund (X) | A | Int./Div. | J | T | Buy | 02/01/17 | J | | |
| 136. Principal Mid Cap S&P 500 Index Separate Account Fund (X) | | None | K | T | Buy | 02/01/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Principal Small Cap S&P 600 Index SA Fund (X) | | None | J | T | Buy | 02/01/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cornelia T. Pillard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544